**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PA. DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: John R. Baranosky<br>Marybeth E. Baranosky<br><br><br>Debtors | CHAPTER 13<br><br>BKY. NO. 18-17171 AMC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of PNC BANK NATIONAL ASSOCIATION and index same on the master mailing list.

                Respectfully submitted,
                **/s/ Rebecca A. Solarz, Esq**
                Rebecca A Solarz, Esquire
                KML Law Group, P.C.
                701 Market Street, Suite 5000
                Philadelphia, PA 19106-1532
                (215) 627-1322