Pay Stub                                                                                                            Page 1 of 2

[Company Logo]
3400 Spruce Street                              [Bank Logo]                         Number         4330391
Philadelphia, PA 19104 United States of America                                     Check Date    09/28/2018

*VOID VOID VOID VOID VOID VOID VOID VOID*

                                    Pay to the order of
MaryBeth Lederer-Baranosky                                                          **Net Pay**  1562.50
10812 Perrin Road
Philadelphia, PA 19154                                                              NON-NEGOTIABLE
US

| Name | Social Number | Employee Number | Process Level | Department | Period End |
|---|---|---|---|---|---|
| MaryBeth Lederer-Baranosky | 6766 | 601401 | PMC | P1007 | 09/22/2018 |

### Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 80.00 | 2492.54 | 49036.45 |
| Total Deductions | | 927.10 | 18319.26 |
| Total Net | | 1562.50 | 30682.93 |

### Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| Healthy Reward Credit | | | | 50.00 |
| Imputed Income | | 2.94 | 2.94 | 34.26 |
| Legal Holiday | | | | 1226.56 |
| Overtime 1.5x FLSA | | | | 11.39 |
| Personal Holiday | 2.25 | 31.12 | 70.02 | 1086.33 |
| Regular Pay | 69.75 | 31.12 | 2170.62 | 42660.74 |
| Sick Pay | | | | 584.43 |
| Vacation Pay | 8.00 | 31.12 | 248.96 | 3382.74 |
| Total | 80.00 | | 2492.54 | 49036.45 |

### Taxes

| Description | Current | Year to Date |
|---|---|---|
| FEDERAL INCOME TAX | 296.06 | 5980.90 |
| MEDICARE TAX EE PAID | 31.86 | 628.23 |
| PA Unemployment EE | 1.49 | 29.42 |
| PENNSYLVANIA STATE TAX | 68.98 | 1357.27 |
| PHILADELPHIA TAX | 96.73 | 1906.09 |

https://pennmedaccess.uphs.upenn.edu/f5-w-68747470733a2f2f6c617770726f6461707031302e75...    10/8/2018

|  | | Current | Year to Date |
|---|---|---|---|
| SOCIAL SECURITY TAX - Employee | | 136.27 | 2686.25 |
| | Total | 631.39 | 12588.16 |

## Pretax Deductions

| Description | Current | Year to Date |
|---|---|---|
| *Accidental Death &Dismembrmnt | 0.66 | 12.62 |
| *Davis Prem Vision | 6.44 | 122.08 |
| *Delta Dental | 23.43 | 468.60 |
| *Health Care Flex - Even | | 296.20 |
| *Health Care Flex - Odd | 25.00 | 150.00 |
| *PMC UPenn Parking | 52.00 | 918.00 |
| *Penn Care | 187.12 | 3742.40 |
| Total | 294.65 | 5709.90 |

## Aftertax Deductions

| Description | Current | Year to Date |
|---|---|---|
| Dependent Life Ins - Children | 0.45 | 9.00 |
| Dependent Life Ins - Spouse | 0.61 | 12.20 |
| Total | 1.06 | 21.20 |

## Auto Deposit Distributions

| Routing | Account | Description | Amount |
|---|---|---|---|
| xxxxx4298 | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx4206 | PHILA FED C U | 1562.50 |

Pay Stub                                                                                                                Page 1 of 2

[Company Logo]
3400 Spruce Street                          [Bank Logo]                    Number        4308077
Philadelphia, PA 19104 United States of America                            Check Date    09/14/2018

*VOID VOID VOID VOID VOID VOID VOID VOID*

Pay to the order of

MaryBeth Lederer-Baranosky                                                 **Net Pay**    1562.48
10812 Perrin Road
Philadelphia, PA 19154                                                         NON-NEGOTIABLE
US

| Name | Social Number | Employee Number | Process Level | Department | Period End |
|---|---|---|---|---|---|
| MaryBeth Lederer-Baranosky | 6766 | 601401 | PMC | P1007 | 09/08/2018 |

## Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 80.00 | 2492.54 | 46543.91 |
| Total Deductions | | 927.12 | 17392.16 |
| Total Net | | 1562.48 | 29120.43 |

## Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| Healthy Reward Credit | | | | 50.00 |
| Imputed Income | | 2.94 | 2.94 | 31.32 |
| Legal Holiday | 8.00 | 31.12 | 248.96 | 1226.56 |
| Overtime 1.5x FLSA | | | | 11.39 |
| Personal Holiday | 3.50 | 31.12 | 108.92 | 1016.31 |
| Regular Pay | 52.50 | 31.12 | 1633.80 | 40490.12 |
| Sick Pay | | | | 584.43 |
| Vacation Pay | 16.00 | 31.12 | 497.92 | 3133.78 |
| Total | 80.00 | | 2492.54 | 46543.91 |

## Taxes

| Description | Current | Year to Date |
|---|---|---|
| FEDERAL INCOME TAX | 296.06 | 5684.84 |
| MEDICARE TAX EE PAID | 31.87 | 596.37 |
| PA Unemployment EE | 1.50 | 27.93 |
| PENNSYLVANIA STATE TAX | 68.98 | 1288.29 |
| PHILADELPHIA TAX | 96.73 | 1809.36 |

https://pennmedaccess.uphs.upenn.edu/f5-w-68747470733a2f2f6c617770726f6461707031302e75...    10/8/2018

|  | Description | Current | Year to Date |
|---|---|---|---|
|  | SOCIAL SECURITY TAX - Employee | 136.27 | 2549.98 |
|  | Total | 631.41 | 11956.77 |

### Pretax Deductions

| Description | Current | Year to Date |
|---|---|---|
| *Accidental Death &Dismembrmnt | 0.66 | 11.96 |
| *Davis Prem Vision | 6.44 | 115.64 |
| *Delta Dental | 23.43 | 445.17 |
| *Health Care Flex - Even |  | 296.20 |
| *Health Care Flex - Odd | 25.00 | 125.00 |
| *PMC UPenn Parking | 52.00 | 866.00 |
| *Penn Care | 187.12 | 3555.28 |
| Total | 294.65 | 5415.25 |

### Aftertax Deductions

| Description | Current | Year to Date |
|---|---|---|
| Dependent Life Ins - Children | 0.45 | 8.55 |
| Dependent Life Ins - Spouse | 0.61 | 11.59 |
| Total | 1.06 | 20.14 |

### Auto Deposit Distributions

| Routing | Account | Description | Amount |
|---|---|---|---|
| xxxxx4298 | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx4206 | PHILA FED C U | 1562.48 |

Pay Stub

[Company Logo]
3400 Spruce Street
Philadelphia, PA 19104 United States of America

[Bank Logo]

Number: 4285841
Check Date: 08/31/2018

*VOID VOID VOID VOID VOID VOID VOID VOID*

Pay to the order of

MaryBeth Lederer-Baranosky
10812 Perrin Road
Philadelphia, PA 19154
US

**Net Pay** 1562.49

NON-NEGOTIABLE

| Name | Social Number | Employee Number | Process Level | Department | Period End |
|---|---|---|---|---|---|
| MaryBeth Lederer-Baranosky | 6766 | 601401 | PMC | P1007 | 08/25/2018 |

## Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 80.00 | 2492.54 | 44051.37 |
| Total Deductions | | 927.11 | 16465.04 |
| Total Net | | 1562.49 | 27557.95 |

## Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| Healthy Reward Credit | | | | 50.00 |
| Imputed Income | | 2.94 | 2.94 | 28.38 |
| Legal Holiday | | | | 977.60 |
| Overtime 1.5x FLSA | | | | 11.39 |
| Personal Holiday | | | | 907.39 |
| Regular Pay | 69.00 | 31.12 | 2147.28 | 38856.32 |
| Sick Pay | | | | 584.43 |
| Vacation Pay | 11.00 | 31.12 | 342.32 | 2635.86 |
| Total | 80.00 | | 2492.54 | 44051.37 |

## Taxes

| Description | Current | Year to Date |
|---|---|---|
| FEDERAL INCOME TAX | 296.06 | 5388.78 |
| MEDICARE TAX EE PAID | 31.87 | 564.50 |
| PA Unemployment EE | 1.49 | 26.43 |
| PENNSYLVANIA STATE TAX | 68.98 | 1219.31 |
| PHILADELPHIA TAX | 96.73 | 1712.63 |

https://pennmedaccess.uphs.upenn.edu/f5-w-68747470733a2f2f6c617770726f6461707031302e75... 10/8/2018

|  | | Current | Year to Date |
|---|---|---|---|
| SOCIAL SECURITY TAX - Employee | | 136.27 | 2413.71 |
| | Total | 631.40 | 11325.36 |

## Pretax Deductions

| Description | Current | Year to Date |
|---|---|---|
| *Accidental Death &Dismembrmnt | 0.66 | 11.30 |
| *Davis Prem Vision | 6.44 | 109.20 |
| *Delta Dental | 23.43 | 421.74 |
| *Health Care Flex - Even | | 296.20 |
| *Health Care Flex - Odd | 25.00 | 100.00 |
| *PMC UPenn Parking | 52.00 | 814.00 |
| *Penn Care | 187.12 | 3368.16 |
| Total | 294.65 | 5120.60 |

## Aftertax Deductions

| Description | Current | Year to Date |
|---|---|---|
| Dependent Life Ins - Children | 0.45 | 8.10 |
| Dependent Life Ins - Spouse | 0.61 | 10.98 |
| Total | 1.06 | 19.08 |

## Auto Deposit Distributions

| Routing | Account | Description | Amount |
|---|---|---|---|
| xxxxx4298 | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx4206 | PHILA FED C U | 1562.49 |

Pay Stub                                                                                                    1 of 2

[Company Logo]                      [Bank Logo]                          Number       4263437
3400 Spruce Street                                                       Check Date   08/17/2018
Philadelphia, PA 19104 United States of America

*VOID VOID VOID VOID VOID VOID VOID VOID*

                                    Pay to the order of

MaryBeth Lederer-Baranosky                                                     Net Pay   1594.14
10812 Perrin Road
Philadelphia, PA 19154                                                         NON-NEGOTIABLE
US

| Name | Social Number | Employee Number | Process Level | Department | Period End |
|---|---|---|---|---|---|
| MaryBeth Lederer-Baranosky | 6766 | 601401 | PMC | P1007 | 08/11/2018 |

## Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 80.00 | 2542.54 | 41558.83 |
| Total Deductions |  | 945.46 | 15537.93 |
| Total Net |  | 1594.14 | 25995.46 |

## Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| Healthy Reward Credit |  | 50.00 | 50.00 | 50.00 |
| Imputed Income |  | 2.94 | 2.94 | 25.44 |
| Legal Holiday |  |  |  | 977.60 |
| Overtime 1.5x FLSA |  |  |  | 11.39 |
| Personal Holiday | 2.25 | 31.12 | 70.02 | 907.39 |
| Regular Pay | 77.75 | 31.12 | 2419.58 | 36709.04 |
| Sick Pay |  |  |  | 584.43 |
| Vacation Pay |  |  |  | 2293.54 |
| Total | 80.00 |  | 2542.54 | 41558.83 |

## Taxes

| Description | Current | Year to Date |
|---|---|---|
| FEDERAL INCOME TAX | 307.06 | 5092.72 |
| MEDICARE TAX EE PAID | 32.60 | 532.63 |
| PA Unemployment EE | 1.53 | 24.94 |
| PENNSYLVANIA STATE TAX | 70.52 | 1150.33 |
| PHILADELPHIA TAX | 98.67 | 1615.90 |

https://pennmedaccess.uphs.upenn.edu/f5-w-68747470733a2f2f6c617770726f6461707031302e75...    10/8/2018

|  | | Current | Year to Date |
|---|---|---|---|
| SOCIAL SECURITY TAX - Employee | | 139.37 | 2277.44 |
| | Total | 649.75 | 10693.96 |

## Pretax Deductions

| Description | Current | Year to Date |
|---|---|---|
| *Accidental Death &Dismembrmnt | 0.66 | 10.64 |
| *Davis Prem Vision | 6.44 | 102.76 |
| *Delta Dental | 23.43 | 398.31 |
| *Health Care Flex - Even | | 296.20 |
| *Health Care Flex - Odd | 25.00 | 75.00 |
| *PMC UPenn Parking | 52.00 | 762.00 |
| *Penn Care | 187.12 | 3181.04 |
| Total | 294.65 | 4825.95 |

## Aftertax Deductions

| Description | Current | Year to Date |
|---|---|---|
| Dependent Life Ins - Children | 0.45 | 7.65 |
| Dependent Life Ins - Spouse | 0.61 | 10.37 |
| Total | 1.06 | 18.02 |

## Auto Deposit Distributions

| Routing | Account | Description | Amount |
|---|---|---|---|
| xxxxx4298 | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx4206 | PHILA FED C U | 1594.14 |

UPHS
3400 Spruce Street
Philadelphia, PA 19104 United States of America

Number     4241369
Check Date     08/03/2018

*VOID VOID VOID VOID VOID VOID VOID VOID*

Pay to the order of

MaryBeth Lederer-Baranosky
10812 Perrin Road
Philadelphia, PA 19154
US

**Net Pay**    1562.48

NON-NEGOTIABLE

| Name | Social Number | Employee Number | Process Level | Department | Period End |
|---|---|---|---|---|---|
| MaryBeth Lederer-Baranosky | 6766 | 601401 | PMC | P1007 | 07/28/2018 |

## Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 80.00 | 2492.54 | 39016.29 |
| Total Deductions | | 927.12 | 14592.47 |
| Total Net | | 1562.48 | 24401.32 |

## Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| Imputed Income | | 2.94 | 2.94 | 22.50 |
| Legal Holiday | | | | 977.60 |
| Overtime 1.5x FLSA | | | | 11.39 |
| Personal Holiday | | | | 837.37 |
| Regular Pay | 48.25 | 31.12 | 1501.54 | 34289.46 |
| Sick Pay | | | | 584.43 |
| Vacation Pay | 31.75 | 31.12 | 988.06 | 2293.54 |
| Total | 80.00 | | 2492.54 | 39016.29 |

## Taxes

| Description | Current | Year to Date |
|---|---|---|
| FEDERAL INCOME TAX | 296.06 | 4785.66 |
| MEDICARE TAX EE PAID | 31.87 | 500.03 |
| PA Unemployment EE | 1.50 | 23.41 |
| PENNSYLVANIA STATE TAX | 68.98 | 1079.81 |
| PHILADELPHIA TAX | 96.73 | 1517.23 |
| SOCIAL SECURITY TAX - Employee | 136.27 | 2138.07 |
| Total | 631.41 | 10044.21 |

### Pretax Deductions

| Description | Current | Year to Date |
|---|---:|---:|
| *Accidental Death &Dismembrmnt | 0.66 | 9.98 |
| *Davis Prem Vision | 6.44 | 96.32 |
| *Delta Dental | 23.43 | 374.88 |
| *Health Care Flex - Even | | 296.20 |
| *Health Care Flex - Odd | 25.00 | 50.00 |
| *PMC UPenn Parking | 52.00 | 710.00 |
| *Penn Care | 187.12 | 2993.92 |
| Total | 294.65 | 4531.30 |

### Aftertax Deductions

| Description | Current | Year to Date |
|---|---:|---:|
| Dependent Life Ins - Children | 0.45 | 7.20 |
| Dependent Life Ins - Spouse | 0.61 | 9.76 |
| Total | 1.06 | 16.96 |

### Auto Deposit Distributions

| Routing | Account | Description | Amount |
|---|---|---|---:|
| xxxxx4298 | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx4206 | PHILA FED C U | 1562.48 |

**UPHS**
3400 Spruce Street
Philadelphia, PA 19104 United States of America

Number: 4219084
Check Date: 07/20/2018

*VOID VOID VOID VOID VOID VOID VOID VOID*

Pay to the order of

MaryBeth Lederer-Baranosky
10812 Perrin Road
Philadelphia, PA 19154
US

**Net Pay** 1562.62

NON-NEGOTIABLE

| Name | Social Number | Employee Number | Process Level | Department | Period End |
|---|---|---|---|---|---|
| MaryBeth Lederer-Baranosky | 6766 | 601401 | PMC | P1007 | 07/14/2018 |

## Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 80.00 | 2492.22 | 36523.75 |
| Total Deductions | | 926.98 | 13665.35 |
| Total Net | | 1562.62 | 22838.84 |

## Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| Imputed Income | | 2.62 | 2.62 | 19.56 |
| Legal Holiday | 8.00 | 31.12 | 248.96 | 977.60 |
| Overtime 1.5x FLSA | | | | 11.39 |
| Personal Holiday | 3.25 | 31.12 | 101.14 | 837.37 |
| Regular Pay | 68.75 | 31.12 | 2139.50 | 32787.92 |
| Sick Pay | | | | 584.43 |
| Vacation Pay | | | | 1305.48 |
| Total | 80.00 | | 2492.22 | 36523.75 |

## Taxes

| Description | Current | Year to Date |
|---|---|---|
| FEDERAL INCOME TAX | 295.99 | 4489.60 |
| MEDICARE TAX EE PAID | 31.86 | 468.16 |
| PA Unemployment EE | 1.49 | 21.91 |
| PENNSYLVANIA STATE TAX | 68.98 | 1010.83 |
| PHILADELPHIA TAX | 96.72 | 1420.50 |
| SOCIAL SECURITY TAX - Employee | 136.25 | 2001.80 |
| Total | 631.29 | 9412.80 |

### Pretax Deductions

| Description | Current | Year to Date |
|---|---:|---:|
| *Accidental Death &Dismembrmnt | 0.64 | 9.32 |
| *Davis Prem Vision | 6.44 | 89.88 |
| *Delta Dental | 23.43 | 351.45 |
| *Health Care Flex - Even |  | 296.20 |
| *Health Care Flex - Odd | 25.00 | 25.00 |
| *PMC UPenn Parking | 52.00 | 658.00 |
| *Penn Care | 187.12 | 2806.80 |
| Total | 294.63 | 4236.65 |

### Aftertax Deductions

| Description | Current | Year to Date |
|---|---:|---:|
| Dependent Life Ins - Children | 0.45 | 6.75 |
| Dependent Life Ins - Spouse | 0.61 | 9.15 |
| Total | 1.06 | 15.90 |

### Auto Deposit Distributions

| Routing | Account | Description | Amount |
|---|---|---|---:|
| xxxxx4298 | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx4206 | PHILA FED C U | 1562.62 |

| UPHS | | Number | 4196898 |
|---|---|---|---|
| 3400 Spruce Street | | Check Date | 07/06/2018 |
| Philadelphia, PA 19104 United States of America | | | |

*VOID VOID VOID VOID VOID VOID VOID VOID*

Pay to the order of

MaryBeth Lederer-Baranosky  
10812 Perrin Road  
Philadelphia, PA 19154  
US

**Net Pay** 1564.00

NON-NEGOTIABLE

| Name | Social Number | Employee Number | Process Level | Department | Period End |
|---|---|---|---|---|---|
| MaryBeth Lederer-Baranosky | 6766 | 601401 | PMC | P1007 | 06/30/2018 |

## Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 80.00 | 2430.01 | 34031.53 |
| Total Deductions | | 864.80 | 12738.37 |
| Total Net | | 1564.00 | 21276.22 |

## Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| Imputed Income | | 1.21 | 1.21 | 16.94 |
| Legal Holiday | | | | 728.64 |
| Overtime 1.5x FLSA | | | | 11.39 |
| Personal Holiday | 0.50 | 30.36 | 15.18 | 736.23 |
| Regular Pay | 79.50 | 30.36 | 2413.62 | 30648.42 |
| Sick Pay | | | | 584.43 |
| Vacation Pay | | | | 1305.48 |
| Total | 80.00 | | 2430.01 | 34031.53 |

## Taxes

| Description | Current | Year to Date |
|---|---|---|
| FEDERAL INCOME TAX | 294.68 | 4193.61 |
| MEDICARE TAX EE PAID | 31.78 | 436.30 |
| PA Unemployment EE | 1.46 | 20.42 |
| PENNSYLVANIA STATE TAX | 67.25 | 941.85 |
| PHILADELPHIA TAX | 94.31 | 1323.78 |
| SOCIAL SECURITY TAX - Employee | 135.88 | 1865.55 |
| Total | 625.36 | 8781.51 |

## Pretax Deductions

| Description | Current | Year to Date |
|---|---:|---:|
| *Accidental Death &Dismembrmnt | 0.62 | 8.68 |
| *Davis Prem Vision | 5.96 | 83.44 |
| *Delta Dental | 23.43 | 328.02 |
| *Health Care Flex - Even | 21.25 | 296.20 |
| *PMC UPenn Parking | | 606.00 |
| *Penn Care | 187.12 | 2619.68 |
| Total | 238.38 | 3942.02 |

## Aftertax Deductions

| Description | Current | Year to Date |
|---|---:|---:|
| Dependent Life Ins - Children | 0.45 | 6.30 |
| Dependent Life Ins - Spouse | 0.61 | 8.54 |
| Total | 1.06 | 14.84 |

## Auto Deposit Distributions

| Routing | Account | Description | Amount |
|---|---|---|---:|
| xxxxx4298 | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx4206 | PHILA FED C U | 1564.00 |

UPHS  
3400 Spruce Street  
Philadelphia, PA 19104 United States of America

Number 4174358  
Check Date 06/22/2018

*VOID VOID VOID VOID VOID VOID VOID VOID*

Pay to the order of

MaryBeth Lederer-Baranosky  
10812 Perrin Road  
Philadelphia, PA 19154  
US

**Net Pay** 1528.31

NON-NEGOTIABLE

| Name | Social Number | Employee Number | Process Level | Department | Period End |
|---|---|---|---|---|---|
| MaryBeth Lederer-Baranosky | 6766 | 601401 | PMC | P1007 | 06/16/2018 |

## Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 80.00 | 2430.01 | 31601.52 |
| Total Deductions |  | 900.49 | 11873.57 |
| Total Net |  | 1528.31 | 19712.22 |

## Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| Imputed Income |  | 1.21 | 1.21 | 15.73 |
| Legal Holiday |  |  |  | 728.64 |
| Overtime 1.5x FLSA |  |  |  | 11.39 |
| Personal Holiday | 3.00 | 30.36 | 91.08 | 721.05 |
| Regular Pay | 77.00 | 30.36 | 2337.72 | 28234.80 |
| Sick Pay |  |  |  | 584.43 |
| Vacation Pay |  |  |  | 1305.48 |
| Total | 80.00 |  | 2430.01 | 31601.52 |

## Taxes

| Description | Current | Year to Date |
|---|---|---|
| FEDERAL INCOME TAX | 283.59 | 3898.93 |
| MEDICARE TAX EE PAID | 31.05 | 404.52 |
| PA Unemployment EE | 1.46 | 18.96 |
| PENNSYLVANIA STATE TAX | 67.25 | 874.60 |
| PHILADELPHIA TAX | 94.54 | 1229.47 |
| SOCIAL SECURITY TAX - Employee | 132.76 | 1729.67 |
| Total | 610.65 | 8156.15 |

### Pretax Deductions

| Description | Current | Year to Date |
|---|---:|---:|
| *Accidental Death &Dismembrmnt | 0.62 | 8.06 |
| *Davis Prem Vision | 5.96 | 77.48 |
| *Delta Dental | 23.43 | 304.59 |
| *Health Care Flex - Even | 21.15 | 274.95 |
| *PMC UPenn Parking | 50.50 | 606.00 |
| *Penn Care | 187.12 | 2432.56 |
| Total | 288.78 | 3703.64 |

### Aftertax Deductions

| Description | Current | Year to Date |
|---|---:|---:|
| Dependent Life Ins - Children | 0.45 | 5.85 |
| Dependent Life Ins - Spouse | 0.61 | 7.93 |
| Total | 1.06 | 13.78 |

### Auto Deposit Distributions

| Routing | Account | Description | Amount |
|---|---|---|---:|
| xxxxx4298 | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx4206 | PHILA FED C U | 1528.31 |