# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 18-17171-AMC

JOHN R BARANOSKY
MARYBETH E BARANOSKY
10812 PERRIN ROAD

PHILADELPHIA, PA 19154

    Debtor

### CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    JOHN R BARANOSKY
    MARYBETH E BARANOSKY
    10812 PERRIN ROAD

    PHILADELPHIA, PA 19154

**Counsel for debtor(s), by electronic notice only.**
    PAUL H YOUNG
    3554 HULMEVILLE RD
    SUITE 102
    BENSALEM, PA 19020

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

                                                                /s/ William C. Miller

Date: 1/8/2019

                                                                _____
                                                                 William C. Miller, Esquire
                                                                 Chapter 13 Standing Trustee