UNITED STATES BANKRUPTCY COURT
Eastern District of Pennsylvania (Philadelphia)

IN RE:     MARY BETH BARANOSKY

CASE NO:   18-17171

CHAPTER:   13

Debtor (s)

## NOTICE OF CLAIM SATISFACTION

As to Claim 15-2 filed on 06/07/2019, Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto files this notice that its claim was satisfied and the Debtor(s) has no further liability as to this claim. Wells Fargo requests no further disbursements be made on this claim by the Chapter 13 Trustee, debtor, or any third party.

07/23/2020

/s/Andres Bautista
Bankruptcy Specialist
Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto

## CERTIFICATE OF SERVICE

In addition to the parties who will be served via the Court's ECF system, I certify that on 07/23/2020, I served a true and correct copy of the above notice of claim satisfaction on the Debtor(s) by U.S. mail at the address(es) listed on the court's docket, where the Debtor is not represented by counsel.



FILED
AUG - 3 2020
TIMOTHY McGRATH, CLERK
BY _____ DEP. CLERK

BK-07 (05/23/18)
Wells Fargo Auto is a division of Wells Fargo Bank, N.A. © 2018 Wells Fargo Bank, N.A. All rights reserved.