Certificate Number: 03621-PAE-DE-031969819

Bankruptcy Case Number: 18-17171



03621-PAE-DE-031969819

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>November 30, 2018</u>, at <u>2:41</u> o'clock <u>PM EST</u>, <u>John R Baranosky</u> completed a course on personal financial management given <u>by internet</u> by <u>Credit Card Management Services, Inc. d/b/a Debthelper.com</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>November 30, 2018</u>          By:    <u>/s/Michelove Thelemaque</u>

                                        Name:  <u>Michelove Thelemaque</u>

                                        Title: <u>Credit Counselor</u>

Certificate Number: 03621-PAE-DE-031969812

Bankruptcy Case Number: 18-17171



03621-PAE-DE-031969812

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 30, 2018, at 2:40 o'clock PM EST, Marybeth Baranosky completed a course on personal financial management given by internet by Credit Card Management Services, Inc. d/b/a Debthelper.com, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   November 30, 2018            By:   /s/Michelove Thelemaque

                                     Name: Michelove Thelemaque

                                     Title: Credit Counselor