United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
John R. Baranosky  
Marybeth E. Baranosky  
    Debtors

Case No. 18-17171-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 4  
Date Rcvd: Nov 24, 2023      Form ID: 138OBJ      Total Noticed: 48

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 26, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | John R. Baranosky, Marybeth E. Baranosky, 10812 Perrin Road, Philadelphia, PA 19154-3924 |
| 14226689 | + | PNC Bank National Association, c/o Rebecca A Solarz, Esquire, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14256048 | | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000 Raleigh, NC 27605 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Nov 25 2023 01:27:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 25 2023 01:27:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14235890 | + | Email/PDF: rmscedi@recoverycorp.com | Nov 25 2023 01:40:02 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14221508 | | Email/Text: bankruptcy@cavps.com | Nov 25 2023 01:27:00 | Cavalry Portfolio Services, Po Box 27288, Tempe, AZ 85285 |
| 14307364 | | Email/Text: megan.harper@phila.gov | Nov 25 2023 01:27:00 | CITY OF PHILADELPHIA LAW DEPARTMENT, TAX & REVENUE UNIT, BANKRUPTCY GROUP, MSB, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, PHILADELPHIA, PA 19102-1595 |
| 14242620 | | Email/PDF: bncnotices@becket-lee.com | Nov 25 2023 01:40:09 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14221507 | + | Email/Text: bankruptcy@cavps.com | Nov 25 2023 01:27:00 | Cavalry Portfolio Services, Attn: Bankruptcy Department, 500 Summit Lake Ste 400, Valhalla, NY 10595-2321 |
| 14245909 | + | Email/Text: bankruptcy@cavps.com | Nov 25 2023 01:27:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14255683 | + | Email/Text: RASEBN@raslg.com | Nov 25 2023 01:26:00 | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14221535 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 25 2023 01:50:23 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 14221536 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 25 2023 01:40:03 | Visa Dept Store National Bank/Macy's, Po Box 8218, Mason, OH 45040 |
| 14221509 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 25 2023 01:40:02 | Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |

Case 18-17171-mdc  Doc 43  Filed 11/26/23  Entered 11/27/23 00:11:23  Desc Imaged
Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Nov 24, 2023 | Form ID: 138OBJ | Total Noticed: 48 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14221510 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 25 2023 01:40:02 | Chase Card Services, Po Box 15298, Wilmington, DE 19850 |
| 14221512 | + | Email/Text: PBNCNotifications@peritusservices.com | Nov 25 2023 01:26:00 | Kohls/Capital One, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-5660 |
| 14221511 | + | Email/Text: PBNCNotifications@peritusservices.com | Nov 25 2023 01:26:00 | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |
| 14254040 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 25 2023 01:27:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14221513 | + | Email/Text: bankruptcy@marinerfinance.com | Nov 25 2023 01:26:00 | Mariner Finance-hami, 8211 Town Center Dr., Nottingham, MD 21236-5904 |
| 14221515 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 25 2023 01:27:00 | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 14221516 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 25 2023 01:27:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2710 |
| 14247005 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 25 2023 01:26:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14221519 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 25 2023 01:26:00 | Pnc Mortgage, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14221520 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 25 2023 01:26:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 14221522 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 25 2023 01:40:07 | Portfolio Recovery, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 14255684 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 25 2023 01:39:58 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14223430 | + | Email/PDF: rmscedi@recoverycorp.com | Nov 25 2023 01:40:02 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14221517 | + | Email/Text: CollectionsDept@PFCU.COM | Nov 25 2023 01:27:00 | Philadelphia FCU, Attn: Bankruptcy, 12800 Townsend Rd, Philadelphia, PA 19154-1095 |
| 14221518 | + | Email/Text: CollectionsDept@PFCU.COM | Nov 25 2023 01:27:00 | Philadelphia FCU, 12800 Townsend Rd, Philadelphia, PA 19154-1095 |
| 14234264 | ^ | MEBN | Nov 25 2023 01:06:28 | Philadelphia Gas Works, 800 W Montgomery Avenue, Philadelphia Pa 19122-2898, Attn: Bankruptcy Dept 3F |
| 14221521 | + | Email/PDF: rmscedi@recoverycorp.com | Nov 25 2023 01:39:59 | Portfolio Recovery, Po Box 41021, Norfolk, VA 23541-1021 |
| 14221524 | ^ | MEBN | Nov 25 2023 01:06:30 | Quality Asset Recovery, 7 Foster Ave Ste 101, Gibbsboro, NJ 08026-1191 |
| 14221523 | ^ | MEBN | Nov 25 2023 01:06:20 | Quality Asset Recovery, Attn: Bankruptcy, Po Box 239, Gibbsboro, NJ 08026-0239 |
| 14221525 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 25 2023 01:40:03 | Synchrony Bank/Walmart, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14221526 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 25 2023 01:39:57 | Synchrony Bank/Walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 14253499 | + | Email/Text: bncmail@w-legal.com | Nov 25 2023 01:27:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14221528 | + | Email/Text: bncmail@w-legal.com | Nov 25 2023 01:27:00 | Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 14221527 | | Email/Text: bncmail@w-legal.com | Nov 25 2023 01:27:00 | Target, Target Card Services, Mail Stop NCB-0461, Minneapolis, MN 55440 |
| 14221530 | + | Email/Text: bnc-thebureaus@quantum3group.com | Nov 25 2023 01:27:00 | The Bureaus Inc, 1717 Central St, Evanston, IL 60201-1507 |

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Nov 24, 2023 | Form ID: 138OBJ | Total Noticed: 48 |

| | | | | |
|---|---|---|---|---|
| 14221529 | + | Email/Text: bnc-thebureaus@quantum3group.com | Nov 25 2023 01:27:00 | The Bureaus Inc, Attn: Bankruptcy, 650 Dundee Rd, Ste 370, Northbrook, IL 60062-2757 |
| 14221531 | | Email/Text: bankruptcy@unifund.com | Nov 25 2023 01:26:00 | Unifund Ccr Llc, 10625 Techwoods Cir, Blue Ash, OH 45242 |
| 14259989 | | Email/Text: electronicbkydocs@nelnet.net | Nov 25 2023 01:27:00 | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 14221532 | + | Email/Text: electronicbkydocs@nelnet.net | Nov 25 2023 01:27:00 | US Deptartment of Education/Great Lakes, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |
| 14221533 | + | Email/Text: electronicbkydocs@nelnet.net | Nov 25 2023 01:27:00 | US Deptartment of Education/Great Lakes, 2401 International Lane, Madison, WI 53704-3121 |
| 14221534 | + | Email/Text: electronicbkydocs@nelnet.net | Nov 25 2023 01:27:00 | US Deptartment of Education/Great Lakes, Po Box 7860, Madison, WI 53707-7860 |
| 14221538 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 25 2023 01:40:03 | Wells Fargo Dealer Services, Po Box 1697, Winterville, NC 28590-1697 |
| 14221537 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 25 2023 01:39:58 | Wells Fargo Dealer Services, Attn: Bankruptcy, Po Box 19657, Irvine, CA 92623-9657 |

TOTAL: 45

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14221506 | | Cap1/bstby |
| 14221514 | *+ | Mariner Finance-hami, 8211 Town Center Dr, Nottingham, MD 21236-5904 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 26, 2023                    Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 24, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |

| District/off: 0313-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Nov 24, 2023 | Form ID: 138OBJ | Total Noticed: 48 |

PAUL H. YOUNG
    on behalf of Joint Debtor Marybeth E. Baranosky support@ymalaw.com
    ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com
    ,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com

PAUL H. YOUNG
    on behalf of Debtor John R. Baranosky support@ymalaw.com
    ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com
    ,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: John R. Baranosky and Marybeth E. Baranosky

        Debtor(s)

Case No: 18−17171−mdc

Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 11/24/23

41 − 40
Form 138OBJ